**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GIORGI KHALVASHI,<br>Petitioner,<br><br>vs.<br><br>SECRETARY MARKWAYNE MULLIN, *et al.*<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 26-cv-8777-JMY |

**<u>Order to Show Cause</u>**

**AND NOW**, this 18th day of November 2026, upon consideration of the Petition for Writ of Habeas Corpus (hereinafter "Petition") (ECF No. 1) filed by the Petitioner, an Order to Show Cause is hereby issued upon the Government to show cause why the Petition for habeas relief should not be granted. The Government shall show cause in a written response filed on the docket on or before **Thursday, November 19, 2026**, unless the Government shows that good cause for additional time is necessary. *See* 28 U.S.C. § 2243.

It is further **ORDERED** that the Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania while the above-captioned habeas corpus petition is pending.

The Clerk of Court is Ordered to immediately serve a copy of the Petition for Writ of Habeas Corpus on the United States Attorney's Office for the Eastern District of Pennsylvania via mail or the Court's electronic filing system.

**IT IS SO ORDERED**.

**BY THE COURT:**

*<u>/s/ John Milton Younge</u>*
**Judge John Milton Younge**